State ex rel. Police Jury vs. Judge.

## No. 11,416.

### STATE VS. H. H. STEWART.

The judge refused to permit the district attorney to move for the forfeiture of the
bail bond of the accused on the second day of the criminal term, and based his
ruling, in thus ruling, upon proof that the accused was prevented from attend-
ing court by physical disability.

The Attorney General and the district attorney of the district admit that the
ruling was correct, and consent to the dismissal of the appeal.

APPEAL from the Tenth District Court, Parish of Natchitoches.
Andrews, J.

*M. J. Cunningham*, Attorney-General, and *Pharor Breazeale*, Dis-
trict Attorney, for Plaintiff and Appellant.

*Pierson & Porter* for Defendant and Appellee.

The opinion of the court was delivered by

BREAUX, J.   The appeal was prosecuted by the district attorney
from a ruling of the court a qua refusing to permit him in behalf of
the State to forfeit the bail bond of the accused on the second day
of the term.

The ruling of the court is sustained by the evidence.

It was proven that the accused was prevented from attending
court by physical disability.

Counsel for the accused interposed a motion in this court to dis-
miss the appeal, averring the correctness of the ruling of the District
Court.

The Attorney General and the district attorney who conducted
the prosecution admit that the appeal has no merit, and consent
that it be dismissed.

The appeal is dismissed.